IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **12-cv-114-JLK**

**24 HOUR FITNESS, USA, INC., a California corporation d/b/a 24 HOUR FITNESS**,

  Plaintiff,

v.

**MATTHEW POPELKA,**

  Defendant.

## ORDER OF DISMISSAL

Kane, J.

  Having resolved the matter of sanctions, the above captioned action is **DISMISSED WITHOUT PREJUDICE**.

  Dated this 9th day of January, 2013.

              BY THE COURT:

              *s/John L. Kane*
              John L. Kane, Senior Judge
              United States District Court